Certificate Number: 01401-NYE-DE-027856024

Bankruptcy Case Number: 16-42204


01401-NYE-DE-027856024

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on August 3, 2016, at 9:38 o'clock PM EDT, Vivian Mazzucchelli completed a course on personal financial management given by internet by GreenPath, Inc., a provider approved pursuant to 11 U.S.C. § 111 to provide an instructional course concerning personal financial management in the Eastern District of New York.

Date:  August 3, 2016                By:    /s/Jeremy Lark

                                     Name:  Jeremy Lark

                                     Title: FCC Manager

B 23 (Official Form 23) (12/10)

# UNITED STATES BANKRUPTCY COURT

In re **Vivian Mazzucchelli**
_____(Debtor)_____

Case No. **16-42204**

Chapter **7**

## DEBTOR'S CERTIFICATION OF COMPLETION OF POSTPETITION INSTRUCTIONAL COURSE CONCERNING PERSONAL FINANCIAL MANAGEMENT

*Every individual debtor in a chapter 7, chapter 11 in which § 1141(d)(3) applies, or chapter 13 case must file this certification. If a joint petition is filed, each spouse must complete and file a separate certification. Complete one of the following statements and file by the deadline stated below:*

☑ I, **Vivian Mazzucchelli** *(Printed Name of Debtor)*, the debtor in the above-styled case, hereby certify that on **8/3/16** *(Date)*, I completed an instructional course in personal financial management provided by **GreenPath** *(Name of Provider)*, an approved personal financial management provider.

Certificate No. *(if any)*: **C14C1-NYE-DC-02785 6C24**

☐ I, _____ *(Printed Name of Debtor)*, the debtor in the above-styled case, hereby certify that no personal financial management course is required because of *[Check the appropriate box.]*:

  ☐ Incapacity or disability, as defined in 11 U.S.C. § 109(h);
  ☐ Active military duty in a military combat zone; or
  ☐ Residence in a district in which the United States trustee (or bankruptcy administrator) has determined that the approved instructional courses are not adequate at this time to serve the additional individuals who would otherwise be required to complete such courses.

Signature of Debtor: *Vivian Mazzucchelli*

Date: **8/4/16**

---

*Instructions*: Use this form only to certify whether you completed a course in personal financial management. (Fed. R. Bankr. P. 1007(b)(7).) Do NOT use this form to file the certificate given to you by your prepetition credit counseling provider and do NOT include with the petition when filing your case.

*Filing Deadlines*: In a chapter 7 case, file within 60 days of the first date set for the meeting of creditors under § 341 of the Bankruptcy Code. In a chapter 11 or 13 case, file no later than the last payment made by the debtor as required by the plan or the filing of a motion for a discharge under § 1141(d)(5)(B) or § 1328(b) of the Code. (See Fed. R. Bankr. P. 1007(c).)