```
                            United States Bankruptcy Court
                             Eastern District of New York

In re:                                                           Case No. 16-42204-cec
Vivian Mazzucchelli                                              Chapter 7
     Debtor
                            CERTIFICATE OF NOTICE
District/off: 0207-1           User: admin                 Page 1 of 2             Date Rcvd: Sep 02, 2016
                               Form ID: 318DF7             Total Noticed: 32


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Sep 04, 2016.
db             +Vivian Mazzucchelli,    224 Robinson Ave,    Staten Island, NY 10312-6216
smg             NYC Department of Finance,    345 Adams Street,    Office of Legal Affairs,
                 Brooklyn, NY 11201-3719
smg            +NYS Unemployment Insurance,    Attn: Insolvency Unit,    Bldg. #12, Room 256,
                 Albany, NY 12240-0001
8804564        +Asset Recovery Solutions LLC,    6851 Jericho Turnpike, Ste 220,   C/O Mullooly Jeffrey Rooney,
                 Syosset, NY 11791-4449
8804567        +Beth Israel Medical Center,    P O Box 95000-2195,   Philadelphia, PA 19195-0001
8804571         Department of Education - Mohela,    PO Box 105347,   Atlanta, GA 30348-5347
8804572       ++FORSTER & GARBUS LLP,    60 VANDERBILT MOTOR PARKWAY,    P O BOX 9030,    COMMACK NY 11725-9030
                (address filed with court: Forster & Garbus LLP,    60 Motor Parkway,    Commack, NY 11725)
8804573        +Frontline Asset Stategies LLC,    2700 Snelling Ave. N, Ste 250,   Roseville, MN 55113-1783
8804574         Midland Credit Management Inc,    2365 Northside Dr Ste 300,   San Diego, CA 92108-2709
8804575        +Midland Funding,    2365 Northside Dr Ste 30,   San Diego, CA 92108-2709
8804576        +Mohela/dept Of Ed,    633 Spirit Dr,   Chesterfield, MO 63005-1243
8804577        +Mullooly Jeffery Rooney & Flynn,    6851 Jericho Turnpike , Ste 220,    Syosset, NY 11791-4449
8804581         NYC Department of Finance,    Church Street Station,    PO Box 3600,    New York, NY 10008-3600
8804580        +NYc Department Of Fiance,    P O Box 3600,   Parking Violations, Church St Station,
                 New York, NY 10008-3600
8804579         Northland Groupp,    PO Box 129,   Thorofare, NJ 08086-0129
8804583        +Pressler & Pressler LLP,    7 Entin Road,   Parsoppany, NJ 07054-5020
8804584        +Rubin & Rothman,    1787 Veterens Highway, Suite 32,    Islandia, NY 11749-1500
8804585        +Staten Island University Hospital,    475 Seaview Ave,    Morrison Management Specialist,
                 Staten Island, NY 10305-3436
8804588        +Time Warner Cable,    P O Box 11820,   Newark, NJ 07101-8120

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg            +E-mail/Text: nys.dtf.bncnotice@tax.ny.gov Sep 02 2016 18:08:03
                 NYS Department of Taxation & Finance,    Bankruptcy Unit,    PO Box 5300,
                 Albany, NY 12205-0300
smg            +E-mail/Text: ustpregion02.br.ecf@usdoj.gov Sep 02 2016 18:07:51
                 Office of the United States Trustee,    Eastern District of NY (Brooklyn Office),
                 U.S. Federal Office Building,    201 Varick Street, Suite 1006,    New York, NY 10014-9449
8804563        +EDI: RMSC.COM Sep 02 2016 18:08:00       American Eagle Outfitters,    P O Box 530942,
                 Atlanta, GA 30353-0942
8804566        +EDI: RMSC.COM Sep 02 2016 18:08:00       BEBE/GECRB,    P O Box 960003,   Orlando, FL 32896-0003
8804565        +EDI: TSYS2.COM Sep 02 2016 18:08:00       Barclays Bank Delaware,    125 S West St,
                 Wilmington, DE 19801-5014
8804568        +EDI: WFNNB.COM Sep 02 2016 18:08:00       Comenity,    P O Box 182273,   Columbus, OH 43218-2273
8804569        +EDI: WFNNB.COM Sep 02 2016 18:08:00       Comenity Bank/anniesez,    Po Box 182789,
                 Columbus, OH 43218-2789
8804570        +EDI: WFNNB.COM Sep 02 2016 18:08:00       Comenity Bank/vctrssec,    Po Box 182789,
                 Columbus, OH 43218-2789
8860987         EDI: BL-CREDIGY.COM Sep 02 2016 18:08:00       Main Street Acquisition Corp,
                 c/o Becket and Lee LLP,    PO Box 3001,   Malvern PA 19355-0701
8804578        +E-mail/Text: bnc@nordstrom.com Sep 02 2016 18:07:40       Nordstrom/td,    13531 E Caley Ave,
                 Englewood, CO 80111-6505
8804582        +EDI: PRA.COM Sep 02 2016 18:08:00       Portfolio Recovery Ass,    120 Corporate Blvd Ste 1,
                 Norfolk, VA 23502-4962
8804586        +EDI: RMSC.COM Sep 02 2016 18:08:00       Syncb/bebe,    Po Box 965005,   Orlando, FL 32896-5005
8804587        +EDI: TDBANKNORTH.COM Sep 02 2016 18:08:00       TD Bank,    1701 Marlton Pike E,
                 Cherry Hill, NJ 08003-2335
                                                                                               TOTAL: 13

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                          TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).
```

```
District/off: 0207-1          User: admin              Page 2 of 2              Date Rcvd: Sep 02, 2016
                              Form ID: 318DF7          Total Noticed: 32
```

```
            ***** BYPASSED RECIPIENTS (continued) *****
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 04, 2016                                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on September 2, 2016 at the address(es) listed below:
              Kevin B Zazzera    on behalf of Debtor Vivian  Mazzucchelli kzazz007@yahoo.com
              Lori Lapin Jones    ljones@jonespllc.com,   lljones@ecf.epiqsystems.com
              Office of the United States Trustee    USTPRegion02.BR.ECF@usdoj.gov
                                                                                    TOTAL: 3
```

| Information to identify the case: | |
|---|---|
| Debtor 1 **Vivian Mazzucchelli** | Social Security number or ITIN **xxx–xx–5367** |
| First Name   Middle Name   Last Name | EIN  _ _–_ _ _ _ _ _ _ |
| Debtor 2 (Spouse, if filing)  First Name   Middle Name   Last Name | Social Security number or ITIN  _ _ _ _ |
| | EIN  _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court   Eastern District of New York 271–C Cadman Plaza East, Suite 1595 Brooklyn, NY 11201–1800 | |
| Case number:   **1–16–42204–cec** | Chapter:   **7** |

## Order of Discharge and Final Decree

Revised: 12/15

**IT IS ORDERED:**

A discharge under 11 U.S.C. § 727 is granted to:

   Vivian Mazzucchelli

**IT IS FURTHER ORDERED**:

- Lori Lapin Jones (Trustee) is discharged as trustee of the estate of the above–named debtor(s) and the bond is cancelled.
- The Chapter 7 case of the above–named debtor(s) is closed.

**BY THE COURT**

Dated: September 2, 2016

s/ Carla E. Craig
United States Bankruptcy Judge

**SEE THE BACK OF THIS ORDER FOR IMPORTANT INFORMATION.**

**EXPLANATION OF BANKRUPTCY DISCHARGE
IN A CHAPTER 7 CASE**

This court order grants a discharge to the person(s) named as the debtor(s). It is not a dismissal of the case and it does not determine how much money, if any, the trustee will pay to creditors.

**Collection of Discharged Debts Prohibited**

The discharge prohibits any attempt to collect from the debtor(s) a debt that has been discharged. For example, a creditor is not permitted to contact a debtor by mail, phone, or otherwise, to file or continue a lawsuit, to attach wages or other property, or to take any other action to collect a discharged debt from the debtor(s). A creditor who violates this order can be required to pay damages and attorney's fees to the debtor(s).

However, a creditor may have the right to enforce a valid lien, such as a mortgage or security interest, against the debtor's property after the bankruptcy, if that lien was not avoided or eliminated in the bankruptcy case. Also, a debtor may voluntarily pay any debt that has been discharged.

**Debts That are Discharged**

The chapter 7 discharge order eliminates a debtor's legal obligation to pay a debt that is discharged. Most, but not all, types of debts are discharged if the debt existed on the date the bankruptcy case was filed. (If this case was begun under a different chapter of the Bankruptcy Code and converted to chapter 7, the discharge applies to debts owed when the bankruptcy case was converted.)

**Debts That are Not Discharged**

Some of the common types of debts which are not discharged in a chapter 7 bankruptcy case are:

a. Debts for most taxes;

b. Debts incurred to pay nondischargeable taxes (in a case filed on or after October 17, 2005);

c. Debts that are domestic support obligations;

d. Debts for most student loans;

e. Debts for most fines, penalties, forfeitures, or criminal restitution obligations;

f. Debts for personal injuries or death caused by the debtor's operation of a motor vehicle, vessel, or aircraft while intoxicated;

g. Some debts which were not properly listed by the debtor;

h. Debts that the bankruptcy court specifically has decided or will decide in this bankruptcy case are not discharged;

i. Debts for which the debtor has given up the discharge protections by signing a reaffirmation agreement in compliance with the Bankruptcy Code requirements for reaffirmation of debts;

j. Debts owed to certain pension, profit sharing, stock bonus, other retirement plans, or to the Thrift Savings Plan for federal employees for certain types of loans from these plans (in a case filed on or after October 17, 2005).

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of the bankruptcy discharge. There are exceptions to these general rules. Because the law is complicated, you may want to consult an attorney to determine the exact effect of the discharge in this case.**